**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DIA MOUSSA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01216-DB** |
| | § | |
| **U.S. ATTORNEY GENERAL**, *et al.*, | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On May 5, 2026, this Court issued an "Order," ECF No. 5, granting in part Petitioner Dia Moussa's "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, by a Person Subject to Indefinite Immigration Detention," ECF No. 1, filed on April 28, 2026. Therein, the Court directed the Parties to file a joint notice advising the Court of any outstanding issues by May 20, 2026. ECF No. 5 at 4. On May 20, 2026, Respondents filed a "Response to Order," ECF No. 10, advising the Court they were unable to contact Petitioner regarding outstanding issues because the contact information provided on Petitioner's documentation was incorrect. Respondents further advise they are unaware of any remaining issues to be resolved in this case. ECF No. 10 at 1. Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

---

[1] Should Petitioner later determine issues remain for consideration, Petitioner may file a motion to reopen the case.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **21st** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**